ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| QUALITY MANUFACTURING SYSTEMS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:13-cv-00260<br>)<br>) |
| R/X AUTOMATION SOLUTIONS, INC. | )<br>)<br>) |
| Defendant. | ) |

## QUALITY'S MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF ITS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rule 7.01(b), Plaintiff Quality Manufacturing Systems, Inc. ("Quality") respectfully moves for leave to file a reply in support of its cross-motion for partial summary judgment. [Doc. 40.] The reply will be emailed to counsel for defendant, R/X Automation Solutions, Inc. ("RXAS"), and filed as a sealed document in accordance with its motion for leave to submit the reply brief under seal on the basis that the reply contains information that is designated Attorney's Eyes Only under the Court's Protective Order. [Doc. 30.]

In support of this Motion, Quality states that in RXAS's response to Quality's cross-motion asserts, RXAS raises for the first time an independent and prior breach of contract on the part of Quality that has never before been discussed in this lawsuit. A reply is appropriate to address RXAS's new claim and the other new points raised in RXAS's response.

7/3277487.1